law library

IN THE SUPERIOR COURT OF GUAM
TERRITORY OF GUAM

207 NOV 25 PM 1:55

S.K. CONSTRUCTION INC. et. al., )
)
Plaintiffs,)     CIVIL CASE NO. CV0015-08
)
vs. )
)     **DECISION**
G.C. CORPORATION and GUAM )     **(Motion for Summary Judgment)**
RESORTS, INC., )
)
_____ Defendants.)

In the interest of judicial economy, the Honorable Judge ELIZABETH BARRETT-ANDERSON hereby is canceling the oral argument on November 23, 2009 on Plaintiffs' Motion for Summary Judgment pursuant to Local Rules of the Superior Court Rule 7.1(e)(3). This Court having considered all the briefs filed herein now renders the following decision.

## DISCUSSION

S.K. Construction Inc. ("S.K."), Hua Sheng International Group, Ltd., Yeong Sun Kim dba Sun Electrical Services, Jong Ul Hong dba UL H. Construction, and Pan Dol Park dba P.D. Construction each entered into construction subcontracts with the prime contractor, Defendant G.C. Corporation ("G.C."), to perform work relating to the additions and renovations to the Guam Hotel Okura. The Guam Hotel Okura is located at 185 Gun Beach Road, Tumuning, Guam 96913 and is owned by Defendant Guam Resorts, Inc. Each of the Plaintiffs performed work but were not compensated for the work.

There is no genuine issue to the material fact that G.C. owes a sum certain amount of money to each of the named Plaintiffs and Defendant G.C. has admitted the same. On December 31, 2008, Plaintiffs served G.C. with Plaintiffs' First Set of Requests for Admissions and Interrogatories ("RFA") on Defendant G.C. *See* Aff. Of Thomas C. Sterling in Supp. of Mot. for Summ. J. Ex. A. (Sept. 25, 2009). Plaintiffs' claim they provided a two-week extension to G.C. to respond to the RFA. Pls.' Mot. for Summ. J. p.4 (Sept. 25, 2009).

Defendant G.C. has failed to respond to the RFA. Further the Court notes that Defendant G.C. has failed to oppose this Motion for Summary Judgment.

Pursuant to Rule 26 of the Guam Rules of Civil Procedure, any request for admission not answered within thirty days is deemed admitted. The following facts are deemed admitted:

1. Plaintiff S.K. is owed $97,707.16;

2. Plaintiff Yeong Sun Kim is owed $92,933.77;

3. Plaintiff Jong Ul Hong is owed $59,675.20;

4. Plaintiff Pan Dol Park is owed $47,641.07; and

5. Plaintiff Hua Sheng International Group, Ltd. is owed $38,930.00.

The Court acknowledges that each of the above amounts were claimed by each of the named Plaintiffs' in their respective pre-lien notices provided to Defendants. *See* Pls.' Notice of Claim of Lien Exs. A, C, E, G, and I (Mar. 25, 2009). However, each of the Plaintiffs' Claim of Liens was found invalid by this Court. Guam Resorts, Inc. v. G.C. Corporation, Civil Case No. 1491-07; *Decision and Order* (Apr. 6, 2009). 20 G.C.A. § 2110 provides for pre-judgment interest accrues on damages that vest upon a date certain. Since the Plaintiffs' liens were invalid, there is not a date certain that the right to recover damages from Defendant G.C. vested. Thus, the Court rejects Plaintiffs' argument that they are entitled to six percent (6%) pre-judgment interest.

### CONCLUSION

For the reasons stated herein the Court GRANTS Plaintiffs' Motion for Summary Judgment against Defendant G.C.; but DENIES Plaintiffs' request for pre-judgment interest. Plaintiffs are hereby ORDERED to submit a Final Judgment for the Court's signature within thirty (30) days of receipt of this decision.

SO ORDERED **NOV 2 5 2009**

HONORABLE ELIZABETH BARRETT- ANDERSON
Judge, Superior Court of Guam

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam

Dated at Hagatna, Guam

_____ 20 ____

Tammy L. Pimmula
Deputy Clerk, Superior Court of Guam